UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24440-Civ-COOKE/TORRES

NGHIEM TRAN,

    Plaintiffs,

vs.

ERBA DIAGNOSTICS, INC.,
MOHAN GOPALKRISHNAN,
ERNESINA SCALA, SANJIV SURI
and PRAKASH PATEL,

    Defendants.
_____/

## NOTICE OF JOINT MOTIONS

The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

**DONE and ORDERED** in chambers in Miami, Florida this 4th day of January 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*