UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24440-Civ-COOKE/TORRES

NGHIEM TRAN,

    Plaintiff,

vs.

ERBA DIAGNOSTICS, INC.,
MOHAN GOPALKRISHNAN,
ERNESINA SCALA, SANJIV SURI
and PRAKASH PATEL,

    Defendants.

_____/

## ORDER OF TRANSFER

    THIS MATTER is before me on Plaintiff's Corrected Notice of Pending, Refiled, Related or Similar Actions (ECF No. 10). A review of record in this case and the record in Case No. 15-24425-Civ-CMA reveals that the above-matter is related to a similar action pending before the Honorable Cecilia Altonaga. I find that good cause exists to transfer this matter pursuant to Local Rule 3.8 and IOP 2.15.00. Therefore, subject to Judge Altonaga's consent, it is **ORDERED and ADJUDGED** that this case be transferred to Judge Altonaga's calendar for all further proceedings.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 5th day of February 2016.

_____
MARCIA G. COOKE
United States District Judge

After reviewing the file, the undersigned accepts the transfer of this case. It is therefore **ORDERED and ADJUDGED** that all papers filed shall bear the following case number, 15-24440-Civ-Altonaga/O'Sullivan, thereby indicating the Judge to whom all papers should be routed or otherwise brought for attention.

The foregoing transfer is accepted this 8th day of February, 2016.

_____
THE HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of record*