UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24440-CIV-ALTONAGA/O'Sullivan

NGHIEM TRAN,

    Plaintiff,
v.

ERBA DIAGNOSTICS, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On February 8, 2016, the Court entered an Order of Transfer [ECF No. 11], accepting transfer of Case Number **15-24440-CIV-COOKE/Torres**, upon the parties' request and as the parties represented it to be related to Case Number **15-24425-CIV-ALTONAGA/O'Sullivan** (the "Brown case"). Curiously, the following day, February 9, 2016, Plaintiff, Abel Brown, filed a Notice of Voluntary Dismissal Without Prejudice [ECF No. 12] in the Brown case. With the Brown case no longer before it, the Court sees no reason to disturb the Clerk of Court's random assignment of cases.

Therefore, and subject to Judge Cooke's consent, it is

**ORDERED AND ADJUDGED** that the Order of Transfer **[ECF No. 11]** is **SET ASIDE**, and this case shall be returned to Judge Cooke for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 10th day of February, 2016.

                                                    CECILIA M. ALTONAGA
                                                    UNITED STATES DISTRICT JUDGE

cc:  counsel of record

CASE NO. 15-24440-CIV

After reviewing the file in the above-numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all papers filed after this date shall bear the following case number, **15-24440-CIV-COOKE/Torres**, indicating the Judge to whom all papers should be routed.

**DONE AND ORDERED** in Miami, Florida, this __10__ day of February, 2016.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

cc: counsel of record