UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24440-Civ-COOKE/TORRES

NGHIEM TRAN, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiff,

v.

ERBA DIAGNOSTICS, INC., MOHAN
GOPALKRISHNAN, ERNESINA SCALA,
SANJIV SURI, AND PRAKASH PATEL,

    Defendants.
_____/

### DEFENDANT ERBA DIAGNOSTICS, INC.'S UNOPPOSED MOTION TO ENLARGE ITS TIME TO RESPOND TO THE COMPLAINT

Without opposition, defendant Erba Diagnostics, Inc. ("EDI") moves for an enlargement of its time to respond to the Complaint and states:

1.    Plaintiff served EDI with the Summons, Complaint, and other original suit papers on February 10, 2016, making EDI's response to the Complaint due March 2, 2016.

2.    The Complaint is a purported class action alleging violations of federal securities laws. Its complexity necessitates additional time for EDI and its counsel to do adequate factual and legal research to prepare EDI's response. Undersigned counsel estimates that a three-week enlargement should be sufficient.

3.    This motion is not made for the purpose of delay or for any other improper purpose. Good cause exists for granting the requested enlargement.

**Local Rule 7.1 Certification**

4. Undersigned counsel has conferred with plaintiff's counsel, Laurence Rosen, Esq., who said that he does not oppose the relief requested in this motion.

WHEREFORE, EDI respectfully requests that the Court grant its motion, enlarge its time to respond to the Complaint to March 23, 2016, and enter such further relief as it deems just and proper.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3435
Facsimile: (305) 789-2651

By: /s/ *David C. Pollack*
David C. Pollack
Florida Bar No. 362972
dpollack@stearnsweaver.com
Andrea N. Nathan
Florida Bar No. 16816
anathan@stearnsweaver.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by e-mail.

/s/ *Andrea N. Nathan*
Andrea N. Nathan

## SERVICE LIST

*Nghiem Tran v. Erba Diagnostics, Inc., et al.*
Case No. 1:15-cv-24440-MGC
United States District Court, Southern District of Florida

Laurence Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10116
Telephone: (212) 686-1060
lrosen@rosenlegal.com

Michael Goldberg, Esq.
Goldberg Law PC
13560 Marina Pointe Dr. Suite 1404
Marina Del Rey, CA 90292
Telephone: 1800-977-7401

*Attorneys for Plaintiff Nghiem Tran*