UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-24440-MGC

NGHIEM TRAN, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiff,

v.

ERBA DIAGNOSTICS, INC., MOHAN
GOPALKRISHNAN, ERNESINA SCALA,
SANJIV SURI, AND PRAKASH PATEL,

    Defendants.
_____/

**CORRECTED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the law firm Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. and David C. Pollack and Andrea Nathan of the firm appear for defendant ERBA Diagnostics, Inc. only, and request that they be served or furnished with all pleadings and papers in this case.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3435
Facsimile: (305) 789-2651

By:   /s/ *David C. Pollack*
      David C. Pollack
      Florida Bar No. 362972
      dpollack@stearnsweaver.com
      Andrea N. Nathan
      Florida Bar No. 16816
      anathan@stearnsweaver.com

*Attorneys for Defendant Erba Diagnostics, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by e-mail.

/s/ *Andrea N. Nathan*
Andrea N. Nathan

## SERVICE LIST

*Nghiem Tran v. Erba Diagnostics, Inc., et al.*
Case No. 1:15-cv-24440-MGC
United States District Court, Southern District of Florida

Laurence Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10116
Telephone: (212) 686-1060
lrosen@rosenlegal.com

Michael Goldberg, Esq.
Goldberg Law PC
13560 Marina Pointe Dr. Suite 1404
Marina Del Rey, CA 90292
Telephone: 1800-977-7401

*Attorneys for Plaintiff Nghiem Tran*