**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| NGHIEM TRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ERBA DIAGNOSTICS, INC., MOHAN GOPALKRISHNAN, ERNESINA SCALA, SANJIV SURI, and PRAKASH PATEL,<br><br>Defendants, | Case No.: 1:15-cv-24440-MGC<br><br>Hon. Marcia G. Cooke |

**NOTICE OF RENEWED MOTION BY NGHIEM TRAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Renewed Motion For Appointment as Lead Plaintiff and Approval of Counsel by Nghiem Tran ("Tran") filed herewith, proposed Lead Plaintiff Tran hereby moves this Court, the Honorable Marcia G. Cooke, United States District Court Judge for the Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida, 33128 for an Order: (1) appointing Tran as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of ERBA Diagnostics, Inc. ("ERBA") during the period between April 14, 2014 and November 23, 2015, both dates inclusive (the "Class Period"); (2) approving Lead Plaintiff's selection of The Rosen Law Firm, P.A. and Goldberg Law PC as Co-Lead Counsel for the Class; and, (3) granting such other and further relief as the Court may deem just and proper.

Dated:    March 21, 2016
          New York, New York

                          Respectfully submitted,

                          **THE ROSEN LAW FIRM, P.A.**

                          /s/ Laurence Rosen, Esq.

                          Laurence M. Rosen, Esq.
                          Fla. Bar No. 182877
                          275 Madison Avenue, 34th Floor
                          New York, New York 10016
                          Telephone: (212) 686-1060
                          Facsimile: (212) 202-3827
                          Email: lrosen@rosenlegal.com

                          Michael Goldberg, Esq.
                          **GOLDBERG LAW PC**
                          13650 Marina Pointe Dr. Suite 1404
                          Marina Del Rey, CA 90292
                          Phone: 1800-977-7401
                          Fax: 1800-536-0065

                          [Proposed] Co-Lead Counsel for Plaintiff
                          and Class

## <u>CERTIFICATE OF SERVICE</u>

I, Laurence Rosen, hereby certify that on March 21, 2016, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

                          /s/ Laurence Rosen_____
                          Laurence Rosen