UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24440-Civ-COOKE/TORRES

NGHIEM TRAN,

    Plaintiffs,

vs.

ERBA DIAGNOSTICS, INC., *et al.*,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

THIS MATTER is before me on Defendant Mayer Hoffmann McCann P.C.'s Motion to Dismiss (ECF No. 40) and Defendants Erba Diagnostics, Inc., Kevin Clark, Sanjiv Suri, Mohan Gopalkrishnan, Arlene Rodriguez, and Prakesh Patel's Motion to Dismiss (ECF No. 41). I have reviewed Defendants' motions to dismiss, the record, the relevant legal authorities, and the arguments made by the parties at the Motions Hearing on February 16, 2017.

For the reasons stated at the Motions Hearing, both of Defendants' motions are **GRANTED**. This case is **DISMISSED** *without prejudice*. All pending motions are **DENIED** *as moot*. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers, Miami, Florida, this 27th day of February 2017.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*