# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 15-cv-24440-COOKE/TORRES

| | |
|---|---|
| NGHIEM TRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ERBA DIAGNOSTICS, INC., SURESH VAZIRANI, KEVIN D. CLARK, SANJIV SURI, MOHAN GOPALKRISHNAN, ARLENE RODRIGUEZ, PRAKASH PATEL, ERNESINA SCALA, ERBA DIAGNOSTICS MANNHEIM GMbH, TRANSASIA BIO MEDICALS LTD., and MAYER HOFFMAN MCCANN P.C.,<br><br>    Defendants. | |

## NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

Lead Plaintiff Nghiem Tran respectfully submits this Notice of Non-Opposition to his Motion for Preliminary Approval of the Proposed Class Action Settlement in the above-captioned action (the "Preliminary Approval Motion"). *See* Dkt. No. 73.

On August 14, 2018, Lead Plaintiff Tran filed the Preliminary Approval Motion. *Id*. The motion explains that the proposed class action Settlement for $1,215,000 in cash (14.45% of damages) was an excellent result, especially considering it was only reached after hard-fought litigation. Specifically, the Parties agreed to the Settlement after two settlement discussions (including the use of a mediator), and after Lead Plaintiff's Appeal of this Court's order granting Defendants' motions to dismiss had been fully briefed before the Eleventh Circuit. *See Id*. at 8-10.

1

Pursuant to Local Civil Rule 7.1(c), any opposition to the Preliminary Approval Motion was due on August 28, 2018. As stated in the Preliminary Approval Motion, Defendants do not oppose the motion. To date, no opposition has been filed. This further demonstrates that the Court should grant the relief requested in the Preliminary Approval Motion, including preliminarily finding that the Settlement is reasonable and fair, and that notification to the Class Members of the terms of the Settlement and of their rights in connection with the Settlement is warranted.

Dated: September 21, 2018	Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
Fla. Bar No. 0182877
275 Madison Avenue, 34th Floor
New York, NY  10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

Michael Goldberg, Esq.
**GOLDBERG LAW PC**
13650 Marina Pointe Dr. Suite 1404
Marina Del Rey, CA 90292
Phone: 1800-977-7401
Fax: 1800-536-0065

*Plaintiff's Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 21st day of September, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      /s/ Laurence Rosen