## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 15-cv-24440-COOKE/TORRES

NGHIEM TRAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

ERBA DIAGNOSTICS, INC., SURESH VAZIRANI, KEVIN D. CLARK, SANJIV SURI, MOHAN GOPALKRISHNAN, ARLENE RODRIGUEZ, PRAKASH PATEL, ERNESINA SCALA, ERBA DIAGNOSTICS MANNHEIM GMbH, TRANSASIA BIO MEDICALS LTD., and MAYER HOFFMAN MCCANN P.C.

    Defendants.

## UNOPPOSED MOTION TO ADJOURN FINAL APPROVAL HEARING

Plaintiff Nghiem Tran ("Plaintiff") moves to adjourn the final approval hearing to a date no earlier than January 11, 2019 (the "Motion"). Defendants do not oppose the Motion. In support of his Motion, Plaintiff states as follows:

1. On September 28, 2018, the Court entered the Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement (the "Order").

2. The Order, among other things, scheduled the Final Approval Hearing (the "Hearing") for December 12, 2018, or 75 days from the date of the Order.

3. The scheduling of the Final Approval Hearing will create hardships for Class Members which may rise to the level of failures to provide them with the

EAST\139779759.3

constitutionally-mandated "best notice practicable." *Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 317, 70 S. Ct. 652, 659, 94 L. Ed. 865 (1950)

4. For example, the Order calls for notice to be mailed, and summary notice published, on or before October 15, 2018. Order, at ¶12. Claims and exclusions are due just two weeks later, on October 29, 2018. Even if they timely receive notice, Class Members will have little time to decide whether to participate in, or exclude themselves from, the Settlement.

5. Plaintiff had requested that the Court set a date for the Hearing of not less than 120 days after the date of the Order. Dkt. # 73, at 2.

6. Plaintiff takes heed of the Court's desire to resolve this case as quickly as possible. Accordingly, Plaintiff requests that the Court set a date for the Hearing of no earlier than January 11, 2018, 104 days after the date of the Order, or 16 days earlier than he had requested. Plaintiff does not believe that the time between the Order and the Hearing can be further shortened without potentially impairing Class Members' rights.

7. Pursuant to the Preliminary Approval Order, Plaintiffs must mail the Notice of Pendency and Proposed Settlement of Class Action (the "Long Notice") and publish the Summary Notice of Pendency and Proposed Class Action Settlement (the "Short Notice") on or before October 15, 2018. Both the Long Notice and the Short Notice contain the deadlines for exclusion, to file claims, and to object to the Settlement, as well as the date of the Hearing. Thus, relief is necessary on or before October 10, 2018, to allow sufficient time for the Long Notice to be printed before October 15, 2018.

8. This is the first request for an adjournment of the date of the Hearing. Defendants do not oppose this request.

WHEREFORE, Plaintiff respectfully requests that the Court adjourn the Hearing to a date no earlier than January 11, 2019.

October 1, 2018                                   Respectfully submitted,

                                                                THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10116
Telephone:  (212) 686-1060
Facsimile:   (212) 202-3827

/s/ *Laurence M. Rosen*
Laurence M. Rosen, Esq.
Fla. Bar No. 0182877
lrosen@rosenlegal.com

-and-

Emily Cornelia Komlossy
KOMLOSSY LAW P.A.
4700 Sheridan Street
Suite J
Hollywood, FL 33021
Telephone: 954-842-2021
Fax: 954-416-6223
eck@komlossylaw.com

*Counsel for Plaintiff Nghiem Tran*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by e-mail.

                                                /s/ Laurence M. Rosen

**SERVICE LIST**

*Nghiem Tran v. Erba Diagnostics, Inc., et al.*
Case No. 1:15-cv-24440-MGC
United States District Court, Southern District of Florida

Laurence Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10116
Telephone: (212) 686-1060
lrosen@rosenlegal.com

Michael Goldberg, Esq.
Goldberg Law PC
13560 Marina Pointe Dr. Suite 1404
Marina Del Rey, CA 90292
Telephone: 1800-977-7401

*Attorneys for Plaintiff Nghiem Tran*

David C. Pollack
Andrea N. Nathan
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3435
Facsimile: (305) 789-2651
dpollack@stearnsweaver.com
anathan@stearnsweaver.com

*Counsel for Defendants*

Ardith Bronson (FBN 423025)
ardith.bronson@dlapiper.com
DLA PIPER LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-5341
Phone: (305) 423-8500
Fax: (305) 503-9583

Timothy E. Hoeffner (admitted *pro hac*)
timothy.hoeffner@dlapiper.com
Seth L. Friedman (admitted *pro hac*)
seth.friedman@dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4500

*Counsel for Defendant Mayer Hoffman McCann P.C*