UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 15-CV-24440-COOKE/Torres

NGHIEM TRAN, individually and on
behalf of others similarly situated,

    Plaintiff,

vs.

ERBA DIAGNOSTICS, INC., SURESH
VAZIRANI, KEVIN D. CLARK, SANJIV
SURI, MOHAN GOPALKRISHNAN,
ARLENE RODRIGUEZ, PARKASH
PATEL, ERBA DIAGNOSTICS
MANNHEIM GMbH, TRANSASIA BIO
MEDICALS LTD., and MAYER
HOFFMAN MCCANN P.C.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Justin B. Uhlemann of MCDERMOTT WILL & EMERY LLP hereby appears as co-counsel for Defendant Mayer Hoffman McCann P.C. in the above-styled action. Please serve copies of all pleadings, motions, responses, notices, and any other court papers on Mr. Uhlemann at the address and email referenced below.

**MCDERMOTT WILL & EMERY LLP**

By:      */s/ Justin B. Uhlemann*
         Anthony N. Upshaw (FBN 861091)
         *aupshaw@mwe.com*
         Justin B. Uhlemann (FBN 568872)
         *juhlemann@mwe.com*
         333 Avenue of the Americas, Suite 4500
         Miami, Florida 33131
         Tel. 305.358.3500
         Fax. 305.347.6500

2

        Timothy E. Hoeffner (*pro hac vice*)
        *thoeffner@mwe.com*
        Seth L. Friedman (*pro hac vice*)
        *sfriedman@mwe.com*
        340 Madison Avenue
        New York, New York 10173
        Tel. 212.547.5400
        Fax. 212.547.5444

*Counsel for Defendant*
*Mayer Hoffman McCann P.C.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on **November 21, 2018**, a copy of the foregoing was served via CM/ECF on the parties listed on the attached Service List.

>             */s/ Justin B. Uhlemann*
> Justin B. Uhlemann

**SERVICE LIST**
*Tran v. ERBA Diagnostics, Inc. et al.*
Case No. 15-CV-24440-COOKE/Torres

| | |
|---|---|
| Laurence Matthew Rosen<br>*lrosen@rosenlegal.com*<br>Jonathan Horne (*pro hac vice*)<br>*jhorne@rosenlegal.com*<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 34th Floor<br>New York, New York 10016<br>Tel. 212.686.1060<br>Fax. 212.202.3827 | Emily Cornelia Komlossy<br>*eck@komlossylaw.com*<br>KOMLOSSY LAW, P.A.<br>4700 Sheridan Street, Suite J<br>Hollywood, Florida 33021<br>Tel. 954.842.2021<br>Fax. 954.416.6223 |
| Anthony N. Upshaw<br>*aupshaw@mwe.com*<br>Justin B. Uhlemann<br>*juhlemann@mwe.com*<br>MCDERMOTT WILL & EMERY LLP<br>333 S.E. 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Tel. 305.358.3500<br>Fax. 305.347.6500<br><br>Timothy E. Hoeffner (*pro hac vice*)<br>*thoeffner@mwe.com*<br>Seth L. Friedman (*pro hac vice*)<br>*sfriedman@mwe.com*<br>MCDERMOTT WILL & EMERY LLP<br>340 Madison Avenue<br>New York, New York 10173<br>Tel. 212.547.5400<br>Fax. 212.547.5444 | David Charles Pollack<br>*dpollack@stearnsweaver.com*<br>Joshua Adam Munn<br>*jmunn@stearnsweaver.com*<br>Andrea Naomi Nathan<br>*anathan@stearnsweaver.com*<br>Jason Steven Koslowe<br>*jkoslowe@stearnsweaver.com*<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON<br>Museum Tower<br>150 W. Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Tel.: 305.789.3200<br>Fax: 305.789.3395 |

DM_US 156889407-3.105339.0011