UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-24440-COOKE/TORRES

NGHIEM TRAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

ERBA DIAGNOSTICS, INC., SURESH VAZIRANI, KEVIN D. CLARK, SANJIV SURI, MOHAN GOPALKRISHNAN, ARLENE RODRIGUEZ, PRAKASH PATEL, ERNESINA SCALA, ERBA DIAGNOSTICS MANNHEIM GMbH, TRANSASIA BIO MEDICALS LTD., and MAYER HOFFMAN MCCANN P.C.

    Defendants.

## DECLARATION OF JOSEPHINE BRAVATA
## CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS

I, Josephine Bravata, declare:

1. I submit this declaration in order to provide the Court and the parties involved in the above-captioned litigation with information regarding the results of the claims administration process in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over seventeen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over three hundred seventy-five (375) class action cases since its inception.

1

3. SCS was appointed and approved to provide administrative services as part of the Settlement administration process in the Action. The services SCS provided and will continue to provide include: (a) printed and mailed the Notice and Claim Form; (b) updated the website, www.strategicclaims.net, to include case information; (c) created an online claim filing system; (d) supplied the Notice and Claim Form to Class Members; (e) notified brokerage firms and other nominee accounts of the appropriate manner to provide individual notice to Class Members, both individually and on a published basis; (f) forwarded any Notice and Claim Forms returned with forwarding address information from the U.S.P.S.; (g) skip traced and re-mailed a Notice and Claim Form when new address is obtained for a returned undeliverable Notice and Claim Form; (h) tracked requests for exclusion; (i) distributed, accepted and processed Claim Forms filed by Class Members; (j) reviewed submitted Claim Forms for accuracy and completeness and to ensure that they are supported by sufficient documentary evidence; (k) provided notice to claimants whose claims are deficient or rejected, when appropriate; (l) created the calculation program and calculated recognized losses of the Class, on both an individual and a Class-wide basis; (m) mailing checks to Class Members who filed valid claims; and (n) all other services necessary to administer this securities litigation class action.

4. There has been 353 Claim Forms (hereafter referred to as "claims") submitted in connection with this settlement.[1] SCS has carefully reviewed, analyzed, and processed all of these claims, and has responded to all claimant inquiries regarding the action, the settlement and the procedures for filling out the Proof of Claim and Release Forms. SCS has also been in close contact with Class Counsel to review the administration process. SCS's Report of Claims Administrator is annexed hereto as **Exhibit A** and described below.

---

[1] SCS has not processed any additional documents or any claims filed after July 10, 2019 due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

2

5. The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

   a. PROPERLY DOCUMENTED CLAIMS: SCS has identified 100 properly documented valid claims. These valid claims represent Recognized Losses of $2,406,125.08. These valid claims were calculated in the manner set forth in the Court-approved Plan of Allocation of the Net Settlement Fund, included in the Notice. The attached **Exhibit B** is a spreadsheet of the 100 properly documented claims.

   b. INADEQUATELY DOCUMENTED CLAIMS: SCS initially identified 26 inadequately documented claims. SCS mailed inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure. A sample inadequacy notice is annexed hereto as **Exhibit C**. Among these 26 deficient claims, 9 have been successfully cured and are considered valid. The remaining 17 inadequate claimants either did not respond to the inadequacy notice or responded with insufficient documentation and were sent a rejection notice setting forth the reason for their inadequacy. To date, none of the 17 inadequate claimants has objected to or contested this determination. See **Exhibit D** for a list of the inadequate, rejected claimants.

   c. INELIGIBLE CLAIMS: In addition to the 17 claims discussed above in paragraph b, SCS has identified 236 claims, which we recommend for complete rejection. Included in this category are: (i) claims with no Recognized Losses; (ii) claims with shares purchased outside of Settlement Class Period; (iii) claims with shares sold short; and (iv) claims filed with shares that were received or transferred into an account, but not purchased. See **Exhibit E** for a list of these ineligible claims. We have communicated with these 236 claimants and advised them of our determination. A sample ineligibility

3

notice is annexed hereto as **Exhibit F**. To date, none of these ineligible claimants has contested their determination.

6. In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after and any responses to deficiency and/or rejection notices received after July 10, 2019.

7. Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following distribution plan:

(a) Per the Plan of Allocation, each Authorized Claimant shall be paid the *pro rata* of the Net Settlement Fund that each Authorized Claimant's recognized loss bears to the total recognized losses of all 100 Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than $10.00 in cash.

(b) In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear a notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

(c) If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants or to pay any late, but otherwise valid and fully documented claims

received after the cut-off date used to make the initial distribution, which were not previously authorized by the Court to be paid, provided that such distributions to any late post-distribution claimants meet all of the criteria for inclusion in the initial distribution, including the $10.00 minimum check amount set forth in the Notice; (ii) second, to pay any additional notice and administration costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.  If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Co-Lead Counsel and approved by the Court.

(d)     Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement unless good cause is shown. The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of July 2019, in Media, Pennsylvania.

                                                              Josephine Bravata

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## ERBA DIAGNOSTICS, INC. SECURITIES LITIGATION

TOTAL # OF CLAIMS…………………………………………….....   353

TOTAL # OF APPROVED VALID CLAIMS……………………….......   100

TOTAL # OF INELIGIBLE CLAIMS……………………………….......   253

       NO RECOGNIZED LOSSES..........................................187
       PURCHASED OUTSIDE CLASS PERIOD.....................21
       SHARES SOLD SHORT...................................................17
       INSUFFICIENT DOCUMENTATION............................17
       SHARES NOT PURCHASED .........................................11

       TOTAL ........................................................................253

TOTAL RECOGNIZED LOSSES .....................................................$2,406,125.08

PROPERLY DOCUMENTED CLAIMS

EXHIBIT B

| ClaimNum | Recognized Loss |
|---:|---:|
| 1 | 3,060.00 |
| 3 | 899.96 |
| 5 | 7,608.00 |
| 10 | 9,033.33 |
| 16 | 181,124.25 |
| 17 | 69,571.22 |
| 20 | 34,693.37 |
| 21 | 131,010.00 |
| 22 | 4,386.00 |
| 23 | 6,840.86 |
| 24 | 4,316.00 |
| 25 | 36,306.99 |
| 27 | 2,420.00 |
| 29 | 81,179.00 |
| 36 | 8,300.00 |
| 38 | 213.24 |
| 39 | 3,190.00 |
| 41 | 2,040.00 |
| 42 | 1,224.00 |
| 44 | 79.16 |
| 46 | 332.00 |
| 48 | 683.98 |
| 49 | 3,374.00 |
| 50 | 19,671.29 |
| 51 | 2,844.00 |
| 52 | 228.00 |
| 57 | 4,054.00 |
| 58 | 1,400.00 |
| 59 | 504.60 |
| 62 | 830.00 |
| 66 | 996.00 |
| 67 | 1,020.00 |
| 68 | 202.87 |
| 69 | 682.26 |
| 71 | 4,896.00 |
| 72 | 664.00 |
| 73 | 3,706.43 |
| 76 | 408.00 |
| 77 | 2,280.00 |
| 79 | 1,519.37 |
| 82 | 196.00 |
| 83 | 3,118.45 |
| 84 | 18,163.84 |
| 85 | 338.00 |
| 88 | 61.25 |
| 90 | 105.30 |
| 97 | 58.50 |
| 106 | 837.98 |

PROPERLY DOCUMENTED CLAIMS

| ClaimNum | Recognized Loss |
|---:|---:|
| 111 | 258,630.58 |
| 118 | 4,874.19 |
| 123 | 350.00 |
| 124 | 1,769.40 |
| 126 | 390.00 |
| 127 | 11,645.22 |
| 128 | 153.60 |
| 129 | 332.00 |
| 130 | 332.00 |
| 131 | 830.00 |
| 132 | 6,110.00 |
| 133 | 30,770.33 |
| 136 | 1,620.00 |
| 137 | 18,605.28 |
| 140 | 2,979.60 |
| 141 | 1,020.00 |
| 142 | 113,366.00 |
| 143 | 462.38 |
| 145 | 830.00 |
| 146 | 830.00 |
| 147 | 1,290.40 |
| 149 | 1,020.00 |
| 151 | 68.65 |
| 154 | 69,271.49 |
| 156 | 3,320.00 |
| 158 | 2,600.00 |
| 159 | 8,344.90 |
| 161 | 923.51 |
| 165 | 380.00 |
| 166 | 103,736.27 |
| 247 | 1,400.00 |
| 249 | 89,612.24 |
| 250 | 255.00 |
| 256 | 102.40 |
| 257 | 5,076.21 |
| 258 | 2,040.00 |
| 259 | 5,641.00 |
| 262 | 90,140.00 |
| 263 | 625,284.29 |
| 265 | 130,024.98 |
| 267 | 636.00 |
| 269 | 76,867.07 |
| 270 | 140.62 |
| 284 | 681.15 |
| 303 | 8,815.00 |
| 304 | 3,123.66 |
| 305 | 9,703.00 |
| 314 | 1,305.94 |

PROPERLY DOCUMENTED CLAIMS

EXHIBIT B

| ClaimNum | Recognized Loss |
|---|---|
| 315 | 7,544.70 |
| 318 | 2,907.90 |
| 319 | 21,826.62 |
| 353 | 15,470.00 |
| **TOTAL** 100 | $ **2,406,125.08** |

ERBA Diagnostics, Inc. Securities Litigation  
c/o Strategic Claims Services  
600 N. Jackson Street - Suite 205  
Media, PA  19063

Phone (866) 274-4004  
Fax (610) 565-7985

Email: info@strategicclaims.net

# DEFICIENCY NOTICE

**CONTROL#:** 99

**January 14, 2019**

Redacted

**AcctNum**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| **Description:** | **Shares:** |
|---|---|
| Sufficient Documentation* was not provided. In order to process your claim we require: (1) any transactions of ERBA Diagnostics, Inc. ("ERBA") common stock between June 14, 2013 and February 19, 2016, inclusive; (2) proof of holdings of ERBA common stock on June 13, 2013; and  (3) proof of holdings of ERBA common stock on February 19, 2016. | |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for  (1) any transactions of ERBA Diagnostics, Inc. ("ERBA") common stock between June 14, 2013 and February 19, 2016, inclusive; (2) proof of holdings of ERBA common stock on June 13, 2013; and (3) proof of holdings of ERBA common stock on February 19, 2016.

# INADEQUATELY DOCUMENTED CLAIMS

| ClaimNum | Reason for Rejection |
|---:|---|
| 33 | INSUFFICIENT DOCUMENTATION |
| 43 | INSUFFICIENT DOCUMENTATION |
| 63 | INSUFFICIENT DOCUMENTATION |
| 64 | INSUFFICIENT DOCUMENTATION |
| 65 | INSUFFICIENT DOCUMENTATION |
| 74 | INSUFFICIENT DOCUMENTATION |
| 89 | INSUFFICIENT DOCUMENTATION |
| 99 | INSUFFICIENT DOCUMENTATION |
| 100 | INSUFFICIENT DOCUMENTATION |
| 101 | INSUFFICIENT DOCUMENTATION |
| 102 | INSUFFICIENT DOCUMENTATION |
| 125 | INSUFFICIENT DOCUMENTATION |
| 138 | INSUFFICIENT DOCUMENTATION |
| 153 | INSUFFICIENT DOCUMENTATION |
| 260 | INSUFFICIENT DOCUMENTATION |
| 273 | INSUFFICIENT DOCUMENTATION |
| 313 | INSUFFICIENT DOCUMENTATION |
| **TOTAL** | **17** |

INELIGIBLE CLAIMS

EXHIBIT E

| ClaimNum | Reason for Rejection |
|---|---|
| 2 | NO RECOGNIZED LOSSES |
| 4 | NO RECOGNIZED LOSSES |
| 6 | PURCHASED OUTSIDE CLASS PERIOD |
| 7 | PURCHASED OUTSIDE CLASS PERIOD |
| 8 | NO RECOGNIZED LOSSES |
| 9 | PURCHASED OUTSIDE CLASS PERIOD |
| 11 | PURCHASED OUTSIDE CLASS PERIOD |
| 12 | PURCHASED OUTSIDE CLASS PERIOD |
| 13 | PURCHASED OUTSIDE CLASS PERIOD |
| 14 | PURCHASED OUTSIDE CLASS PERIOD |
| 15 | PURCHASED OUTSIDE CLASS PERIOD |
| 18 | SHARES SOLD SHORT |
| 19 | NO RECOGNIZED LOSSES |
| 26 | NO RECOGNIZED LOSSES |
| 28 | NO RECOGNIZED LOSSES |
| 30 | NO RECOGNIZED LOSSES |
| 31 | NO RECOGNIZED LOSSES |
| 32 | NO RECOGNIZED LOSSES |
| 34 | NO RECOGNIZED LOSSES |
| 35 | NO RECOGNIZED LOSSES |
| 37 | NO RECOGNIZED LOSSES |
| 40 | NO RECOGNIZED LOSSES |
| 45 | NO RECOGNIZED LOSSES |
| 47 | NO RECOGNIZED LOSSES |
| 53 | NO RECOGNIZED LOSSES |
| 54 | NO RECOGNIZED LOSSES |
| 55 | NO RECOGNIZED LOSSES |
| 56 | NO RECOGNIZED LOSSES |
| 60 | NO RECOGNIZED LOSSES |
| 61 | SHARES SOLD SHORT |
| 70 | NO RECOGNIZED LOSSES |
| 75 | NO RECOGNIZED LOSSES |
| 78 | NO RECOGNIZED LOSSES |
| 80 | NO RECOGNIZED LOSSES |
| 81 | NO RECOGNIZED LOSSES |
| 86 | NO RECOGNIZED LOSSES |
| 87 | NO RECOGNIZED LOSSES |
| 91 | PURCHASED OUTSIDE CLASS PERIOD |
| 92 | PURCHASED OUTSIDE CLASS PERIOD |
| 93 | PURCHASED OUTSIDE CLASS PERIOD |
| 94 | SHARES SOLD SHORT |
| 95 | NO RECOGNIZED LOSSES |
| 96 | NO RECOGNIZED LOSSES |
| 98 | NO RECOGNIZED LOSSES |
| 103 | NO RECOGNIZED LOSSES |
| 104 | PURCHASED OUTSIDE CLASS PERIOD |

INELIGIBLE CLAIMS

EXHIBIT E

| ClaimNum | Reason for Rejection |
|---|---|
| 105 | SHARES SOLD SHORT |
| 107 | SHARES SOLD SHORT |
| 108 | SHARES SOLD SHORT |
| 109 | NO RECOGNIZED LOSSES |
| 110 | NO RECOGNIZED LOSSES |
| 112 | NO RECOGNIZED LOSSES |
| 113 | NO RECOGNIZED LOSSES |
| 114 | NO RECOGNIZED LOSSES |
| 115 | NO RECOGNIZED LOSSES |
| 116 | NO RECOGNIZED LOSSES |
| 117 | NO RECOGNIZED LOSSES |
| 119 | NO RECOGNIZED LOSSES |
| 120 | NO RECOGNIZED LOSSES |
| 121 | NO RECOGNIZED LOSSES |
| 122 | NO RECOGNIZED LOSSES |
| 134 | NO RECOGNIZED LOSSES |
| 135 | NO RECOGNIZED LOSSES |
| 139 | NO RECOGNIZED LOSSES |
| 144 | NO RECOGNIZED LOSSES |
| 148 | NO RECOGNIZED LOSSES |
| 150 | NO RECOGNIZED LOSSES |
| 152 | NO RECOGNIZED LOSSES |
| 155 | SHARES NOT PURCHASED |
| 157 | SHARES NOT PURCHASED |
| 160 | NO RECOGNIZED LOSSES |
| 162 | NO RECOGNIZED LOSSES |
| 163 | NO RECOGNIZED LOSSES |
| 164 | NO RECOGNIZED LOSSES |
| 167 | NO RECOGNIZED LOSSES |
| 168 | NO RECOGNIZED LOSSES |
| 169 | NO RECOGNIZED LOSSES |
| 170 | NO RECOGNIZED LOSSES |
| 171 | NO RECOGNIZED LOSSES |
| 172 | NO RECOGNIZED LOSSES |
| 173 | NO RECOGNIZED LOSSES |
| 174 | NO RECOGNIZED LOSSES |
| 175 | NO RECOGNIZED LOSSES |
| 176 | SHARES SOLD SHORT |
| 177 | SHARES SOLD SHORT |
| 178 | NO RECOGNIZED LOSSES |
| 179 | SHARES SOLD SHORT |
| 180 | NO RECOGNIZED LOSSES |
| 181 | SHARES SOLD SHORT |
| 182 | NO RECOGNIZED LOSSES |
| 183 | NO RECOGNIZED LOSSES |
| 184 | NO RECOGNIZED LOSSES |

INELIGIBLE CLAIMS

**EXHIBIT E**

| ClaimNum | Reason for Rejection |
|---|---|
| 185 | NO RECOGNIZED LOSSES |
| 186 | NO RECOGNIZED LOSSES |
| 187 | NO RECOGNIZED LOSSES |
| 188 | NO RECOGNIZED LOSSES |
| 189 | NO RECOGNIZED LOSSES |
| 190 | NO RECOGNIZED LOSSES |
| 191 | NO RECOGNIZED LOSSES |
| 192 | NO RECOGNIZED LOSSES |
| 193 | NO RECOGNIZED LOSSES |
| 194 | NO RECOGNIZED LOSSES |
| 195 | NO RECOGNIZED LOSSES |
| 196 | NO RECOGNIZED LOSSES |
| 197 | NO RECOGNIZED LOSSES |
| 198 | NO RECOGNIZED LOSSES |
| 199 | NO RECOGNIZED LOSSES |
| 200 | NO RECOGNIZED LOSSES |
| 201 | NO RECOGNIZED LOSSES |
| 202 | NO RECOGNIZED LOSSES |
| 203 | NO RECOGNIZED LOSSES |
| 204 | NO RECOGNIZED LOSSES |
| 205 | NO RECOGNIZED LOSSES |
| 206 | NO RECOGNIZED LOSSES |
| 207 | NO RECOGNIZED LOSSES |
| 208 | NO RECOGNIZED LOSSES |
| 209 | NO RECOGNIZED LOSSES |
| 210 | NO RECOGNIZED LOSSES |
| 211 | NO RECOGNIZED LOSSES |
| 212 | NO RECOGNIZED LOSSES |
| 213 | NO RECOGNIZED LOSSES |
| 214 | NO RECOGNIZED LOSSES |
| 215 | NO RECOGNIZED LOSSES |
| 216 | NO RECOGNIZED LOSSES |
| 217 | NO RECOGNIZED LOSSES |
| 218 | NO RECOGNIZED LOSSES |
| 219 | NO RECOGNIZED LOSSES |
| 220 | NO RECOGNIZED LOSSES |
| 221 | NO RECOGNIZED LOSSES |
| 222 | NO RECOGNIZED LOSSES |
| 223 | NO RECOGNIZED LOSSES |
| 224 | NO RECOGNIZED LOSSES |
| 225 | NO RECOGNIZED LOSSES |
| 226 | NO RECOGNIZED LOSSES |
| 227 | NO RECOGNIZED LOSSES |
| 228 | NO RECOGNIZED LOSSES |
| 229 | NO RECOGNIZED LOSSES |
| 230 | NO RECOGNIZED LOSSES |

INELIGIBLE CLAIMS

EXHIBIT E

| ClaimNum | Reason for Rejection |
|---|---|
| 231 | NO RECOGNIZED LOSSES |
| 232 | NO RECOGNIZED LOSSES |
| 233 | NO RECOGNIZED LOSSES |
| 234 | NO RECOGNIZED LOSSES |
| 235 | NO RECOGNIZED LOSSES |
| 236 | NO RECOGNIZED LOSSES |
| 237 | NO RECOGNIZED LOSSES |
| 238 | NO RECOGNIZED LOSSES |
| 239 | NO RECOGNIZED LOSSES |
| 240 | NO RECOGNIZED LOSSES |
| 241 | NO RECOGNIZED LOSSES |
| 242 | NO RECOGNIZED LOSSES |
| 243 | NO RECOGNIZED LOSSES |
| 244 | PURCHASED OUTSIDE CLASS PERIOD |
| 245 | NO RECOGNIZED LOSSES |
| 246 | NO RECOGNIZED LOSSES |
| 248 | NO RECOGNIZED LOSSES |
| 251 | SHARES SOLD SHORT |
| 252 | NO RECOGNIZED LOSSES |
| 253 | NO RECOGNIZED LOSSES |
| 254 | NO RECOGNIZED LOSSES |
| 255 | NO RECOGNIZED LOSSES |
| 261 | PURCHASED OUTSIDE CLASS PERIOD |
| 264 | NO RECOGNIZED LOSSES |
| 266 | NO RECOGNIZED LOSSES |
| 268 | NO RECOGNIZED LOSSES |
| 271 | PURCHASED OUTSIDE CLASS PERIOD |
| 272 | NO RECOGNIZED LOSSES |
| 274 | PURCHASED OUTSIDE CLASS PERIOD |
| 275 | SHARES SOLD SHORT |
| 276 | SHARES SOLD SHORT |
| 277 | PURCHASED OUTSIDE CLASS PERIOD |
| 278 | SHARES NOT PURCHASED |
| 279 | PURCHASED OUTSIDE CLASS PERIOD |
| 280 | PURCHASED OUTSIDE CLASS PERIOD |
| 281 | SHARES NOT PURCHASED |
| 282 | SHARES NOT PURCHASED |
| 283 | NO RECOGNIZED LOSSES |
| 285 | NO RECOGNIZED LOSSES |
| 286 | NO RECOGNIZED LOSSES |
| 287 | NO RECOGNIZED LOSSES |
| 288 | SHARES NOT PURCHASED |
| 289 | SHARES NOT PURCHASED |
| 290 | SHARES SOLD SHORT |
| 291 | PURCHASED OUTSIDE CLASS PERIOD |
| 292 | SHARES NOT PURCHASED |

INELIGIBLE CLAIMS

EXHIBIT E

| ClaimNum | Reason for Rejection |
|---|---|
| 293 | SHARES SOLD SHORT |
| 294 | SHARES NOT PURCHASED |
| 295 | SHARES NOT PURCHASED |
| 296 | NO RECOGNIZED LOSSES |
| 297 | NO RECOGNIZED LOSSES |
| 298 | SHARES SOLD SHORT |
| 299 | SHARES NOT PURCHASED |
| 300 | NO RECOGNIZED LOSSES |
| 301 | NO RECOGNIZED LOSSES |
| 302 | NO RECOGNIZED LOSSES |
| 306 | NO RECOGNIZED LOSSES |
| 307 | NO RECOGNIZED LOSSES |
| 308 | NO RECOGNIZED LOSSES |
| 309 | NO RECOGNIZED LOSSES |
| 310 | NO RECOGNIZED LOSSES |
| 311 | NO RECOGNIZED LOSSES |
| 312 | NO RECOGNIZED LOSSES |
| 316 | NO RECOGNIZED LOSSES |
| 317 | NO RECOGNIZED LOSSES |
| 320 | NO RECOGNIZED LOSSES |
| 321 | NO RECOGNIZED LOSSES |
| 322 | NO RECOGNIZED LOSSES |
| 323 | NO RECOGNIZED LOSSES |
| 324 | NO RECOGNIZED LOSSES |
| 325 | NO RECOGNIZED LOSSES |
| 326 | NO RECOGNIZED LOSSES |
| 327 | NO RECOGNIZED LOSSES |
| 328 | NO RECOGNIZED LOSSES |
| 329 | NO RECOGNIZED LOSSES |
| 330 | NO RECOGNIZED LOSSES |
| 331 | NO RECOGNIZED LOSSES |
| 332 | NO RECOGNIZED LOSSES |
| 333 | NO RECOGNIZED LOSSES |
| 334 | NO RECOGNIZED LOSSES |
| 335 | NO RECOGNIZED LOSSES |
| 336 | NO RECOGNIZED LOSSES |
| 337 | PURCHASED OUTSIDE CLASS PERIOD |
| 338 | NO RECOGNIZED LOSSES |
| 339 | NO RECOGNIZED LOSSES |
| 340 | NO RECOGNIZED LOSSES |
| 341 | NO RECOGNIZED LOSSES |
| 342 | NO RECOGNIZED LOSSES |
| 343 | NO RECOGNIZED LOSSES |
| 344 | NO RECOGNIZED LOSSES |
| 345 | NO RECOGNIZED LOSSES |
| 346 | NO RECOGNIZED LOSSES |

# INELIGIBLE CLAIMS

| ClaimNum | Reason for Rejection |
|---|---|
| 347 | NO RECOGNIZED LOSSES |
| 348 | NO RECOGNIZED LOSSES |
| 349 | NO RECOGNIZED LOSSES |
| 350 | NO RECOGNIZED LOSSES |
| 351 | NO RECOGNIZED LOSSES |
| 352 | SHARES SOLD SHORT |
| **TOTAL** | **236** |

ERBA Diagnostics, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

# NOTICE OF INELIGIBILITY

**March 8, 2019**

**CONTROL#:** 2
Redacted

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| Your claim has resulted in a trading gain during the Class Period.  Any claim whose overall transactions in ERBA Diagnostics, Inc. shares during the Class Period resulted in a trading gain have a Recognized Loss of $0.00. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Class Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.